UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 06-22164-CIV-ALTONAGA/Turnoff

**KRIS PARKER**,

        Plaintiff,

vs.

**CARNIVAL CORPORATION**,
a Panama corporation **d/b/a**
**CARNIVAL CRUISE LINES**,

        Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

**THIS CAUSE** came before the Court on the Motion to Appear *Pro Hac Vice* for Plaintiff, Kris Parker, filed on October 12, 2006.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is Granted.  John H. McElyea, Esq. is specially admitted to appear on behalf of Plaintiff in all aspects of this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of October 2006.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    all counsel of record